# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SEAN AUSTIN, | : | No. 62 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERIC FEDER, OFFICER OF JUDICIAL | : | |
| RECORDS AND LAWRANCE [SIC] S. | : | |
| KRASNER, PHILA. DISTRICT ATTORNEY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of October, 2020, the Application for Leave to File Original Process is GRANTED, and the "Civil Action - Mandamus" is DENIED.